# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

156804

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

DIANE NASH, Personal Representative of the
Estate of CHANCE AARON NASH,
      Plaintiff-Appellant,

v

CITY OF GRAND HAVEN,
      Defendant-Appellee.

SC: 156804
COA: 336907
Ottawa CC: 16-004454-NZ

_____/

      On order of the Court, the application for leave to appeal the October 10, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk

t0920